FILE COPY

No. 07-14-00423-CR

| | | |
|---|---|---|
| Terry Fielder<br>　Appellant | § | From the 361st District Court<br>　of Brazos County |
| | § | |
| v. | | October 13, 2015 |
| | § | |
| The State of Texas<br>　Appellee | § | Opinion by Justice Pirtle |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 13, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o